FORM 8A. Entry of Appearance                                       Form 8A (p.1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1394

**Short Case Caption:** Kitsch LLC v. Deejayzoo, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](#). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Deejayzoo, LLC | |
|---|---|
| **Principal Counsel:** Robert Greenspoon | Admission Date: 11/04/1998 |
| Firm/Agency/Org.: Dunlap Bennett & Ludwig PLLC | |
| Address: 333 N. Michigan Ave; Suite 2700. Chicago, IL 60601 | |
| Phone: 312-551-9500 | Email: rgreenspoon@dbllawyers.com |
| **Other Counsel:** Jonathan Hill | Admission Date: 08/21/2006 |
| Firm/Agency/Org.: Dunlap Bennett & Ludwig PLLC | |
| Address: 333 N. Michigan Ave; Suite 2700. Chicago, IL 60601 | |
| Phone: 312-551-9500 | Email: jhill@dbllawyers.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/30/24                           Signature: /s/Robert Greenspoon

                                        Name:      Robert Greenspoon

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Mark Magas | Admission Date: 11/08/2023 |
|---|---|
| Firm/Agency/Org.: Dunlap Bennett & Ludwig PLLC | |
| Address: 333 N. Michigan Ave; Suite 2700. Chicago, IL 60601 | |
| Phone: 312-551-9500 | Email: mmagas@dbllawyers.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |